**POWER TRAIN COMPONENTS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The Timken Company, Defendant–Appellee.**

No. 2013–1474.

United States Court of Appeals, Federal Circuit.

May 13, 2014.

Robert M. Klingon, The Klingon Law Firm, of New York, NY, argued for plaintiff-appellant.

L. Misha Preheim, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Nathaniel J. Halvorson, Attorney, United States Department of Commerce, Office of the Chief Counsel, for Trade Enforcement & Compliance, of Washington, DC.

William A. Fennell, Stewart & Stewart, of Washington, DC, argued for defendant-appellee. With him on the brief were Terence P. Stewart and Stephanie R. Manaker.

MOORE, O'MALLEY, and CHEN, Circuit Judges.

PER CURIAM.

## JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**